■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM BELLAMY, Appellant. [831 NYS2d 914]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision

and order of this Court dated February 2, 1998 (*People v Bellamy,* 247 AD2d 399 [1998]), affirming a judgment of the Supreme Court, Queens County, rendered January 16, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Florio, JJ., concur.